BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JACK O. ESLINGER
Deputy City Attorney
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jeslinger@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I-X; ROE CORPORATIONS I-X,<br><br>    Defendant. | CASE NO. 2:19-cv-0382-GMN-PAL |

**STIPULATION AND ORDER TO CONTINUE
EARLY NEUTRAL EVALUATION SESSION**

**(FIRST REQUEST)**

Plaintiff JANE DOE, Defendant CITY OF LAS VEGAS (hereinafter referred to as "City"), and Defendant CITY OF HENDERSON are in receipt of the Court's Order Scheduling Early Neutral Evaluation Session ("ENE") [Dkt. No. 14] and hereby stipulate and respectfully request that the Court continue the date of the Early Neutral Evaluation Session which is

1  currently scheduled on Tuesday, April 23, 2019, at 9:00 a.m., for a period of approximately sixty
2  (60) days.  Plaintiff and the City of Las Vegas have entered into a Stipulation and Order for
3  Extension of Time (First Request) in order to continue the City's deadline to Answer or
4  otherwise respond to Plaintiff's Complaint and to oppose or otherwise respond to Plaintiff's
5  Motion for Leave to Proceed Anonymously as follows:  by forty-five (45) days from **March 25,**
6  **2019** to **May 9, 2019** for Defendant to respond to Plaintiff's Motion to Leave to Proceed
7  Anonymously ("Motion") [Dkt. No. 8]; and forty-five (45) days from **March 28, 2019** to **May**
8  **13, 2019** for Defendant to respond to Plaintiff's Complaint and Jury Demand ("Complaint")
9  [Dkt. No. 1].  This Stipulation was filed with the Court [Dkt. 11] on March 27, 2019, but has yet
10 to be approved by the Court.
11       The parties believe that the ENE is premature since Plaintiff is continuing to serve the
12 individual defendants, and at this juncture the City has not determined which, if any, of the
13 named City employees will be provided a defense or legal counsel.  Accordingly, while the City
14 does not represent any of the employees at this juncture, the intent of this stipulation would be to
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

apply the same extension to those individuals. This first extension request is not being sought to unduly delay the proceedings; rather, for the good cause discussed above.

DATED this 8th day of April 2019.

HKM EMPLOYMENT ATTORNEYS LLP

By: /s/ Jenny Foley
JENNY L. FOLEY, PH.D., ESQ.
Nevada Bar No. 9017
1785 E. Sahara Avenue, #300
Las Vegas, NV 89104
Attorneys for Plaintiff

DATED this 8th day of April 2019.

BRADFORD R. JERBIC
City Attorney

By: /s/ Jack Eslinger
JACK O. ESLINGER
Deputy City Attorney
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendant
City of Las Vegas*

DATED this 8th day of April 2019.

CITY OF HENDERSON

By: /s/ Brian Reeve
BRIAN R. REEVE
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, NV 89015
*Attorneys for Defendant
City of Henderson*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
April 9, 2019
DATE