| | |
|---|---|
| 1 | BRADFORD R. JERBIC |
| | City Attorney |
| 2 | Nevada Bar No. 1056 |
| | By: JACK O. ESLINGER |
| 3 | Deputy City Attorney |
| | Nevada Bar No. 8443 |
| 4 | 495 South Main Street, Sixth Floor |
| | Las Vegas, NV 89101 |
| 5 | (702) 229-6629 |
| | (702) 386-1749 (fax) |
| 6 | Email: jeslinger@lasvegasnevada.gov |
| | Attorneys for CITY OF LAS VEGAS |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual, | |
| Plaintiff, | |
| vs. | |
| CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I-X; ROE CORPORATIONS I-X, | CASE NO. 2:19-cv-0382-GMN-PAL |
| Defendant. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**
**(FIRST REQUEST)**

Plaintiff's Complaint sets forth causes of action against multiple defendants, including but not limited to, the City of Las Vegas (hereinafter referred to as "City") and current and former City employees. Pursuant to Local Rules 6-1, 6-2, and 7-1, Plaintiff JANE DOE, Defendant CITY OF LAS VEGAS, hereby stipulate and respectfully request that the Court extend the time for the City of Las Vegas to Answer or otherwise respond to Plaintiff's

Complaint and to oppose or otherwise respond to Plaintiff's Motion for Leave to Proceed Anonymously as follows: by forty-five (45) days from **March 25, 2019** to **May 9, 2019** for Defendant to respond to Plaintiff's Motion to Leave to Proceed Anonymously ("Motion") [Dkt. No. 8]; and forty-five (45) days from **March 28, 2019** to **May 13, 2019** for Defendant to respond to Plaintiff's Complaint and Jury Demand ("Complaint") [Dkt. No. 1].

Upon information and belief none of the individual defendants have been served, and at this juncture the City has not determined which, if any, of the named City employees will be provided a defense or legal counsel. Accordingly, while the City does not represent any of the employees at this juncture, the intent of this stipulation would be to apply the same extension to those individuals. This first extension request is not being sought to unduly delay the proceedings; rather, for the good cause discussed above. In addition, Defendant requires additional time to conduct their internal investigation so that they may properly respond to the allegations in Plaintiff's Complaint. An additional forty-five (45) days for Defendants to file their responsive pleading and response to the Motion will not alter the date of any event or any deadline already fixed by Court order.

DATED this 27th day of March, 2019.

HKM EMPLOYMENT ATTORNEYS LLP

By: /s/ Jenny Foley
JENNY L. FOLEY, PH.D., ESQ.
Nevada Bar No. 9017
1785 E. Sahara Avenue, #300
Las Vegas, NV 89104
Attorneys for Plaintiff

DATED this 27th day of March, 2019.

BRADFORD R. JERBIC
City Attorney

By: /s/ Jack Eslinger
JACK O. ESLINGER
Deputy City Attorney
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

April 10, 2019
DATE