**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I -X; ROE CORPORATIONS I -X.<br><br>Defendants. | CASE NO.: 2:19-cv-00382-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CITY OF HENDERSON'S MOTION TO DISMISS AND FOR CITY OF HENDERSON TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff Jane Doe may have additional time within which to submit Plaintiff's Opposition to Defendant City of Henderson's Motion to Dismiss

Plaintiff's Complaint (Doc. #12) and that Defendant City of Henderson may have additional time within which to submit the City's Reply in support of its Motion to Dismiss.

1. Under the Federal Rules of Civil Procedure and Local Rule 7-2, Plaintiff's Opposition would be due April 11, 2019 and the City of Henderson's Reply would be due seven days after service of the Opposition.

2. On April 4, 2019, Marta D. Kurshumova, counsel for Plaintiff, conferred with Brian R. Reeve, counsel for Defendant City of Henderson, regarding the timing of Plaintiff's Opposition and the City of Henderson's Reply.  Counsel for the parties agreed that Plaintiff could have until Friday, April 19, 2019 to file her Opposition and that the City of Henderson could have 14 days from the service of the Opposition in which to file a Reply brief.

3. Good cause exists for this extension as Ms. Kurshumova will be out of the office for one (1) week for medical reasons and Mr. Reeve will be out of the office from April 16 through April 21.

4. The extension will not result in undue delay in the administration of this case.

5. No other enlargement of time has been previously requested in this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has

concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated:  April 4, 2019

                                       CITY OF HENDERSON

By: */s/ Brian R. Reeve*
    BRIAN R. REEVE (# 10197)
    Assistant City Attorney
240 Water Street, MSC 144
Henderson, Nevada 89015
Telephone:  (702) 267-1231
Facsimile:  (702) 267-1201
Email:  brian.reeve@cityofhenderson.com

*Attorney for Defendant*
*City of Henderson*

Dated:  April 4, 2019                    HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Marta Kurshumova*
    Jenny L. Foley (#9017)
    Marta D. Kurshumova (#14728)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone:  (702) 625-3893
Facsimile:  (702) 625-3895
Email:  jfoley@hkm.com
Email:  mkurshumova@hkm.com

*Attorneys For Plaintiff*
*Jane Doe*

## ORDER

**IT IS HEREBY ORDERED:**

That pursuant to the Stipulation agreed upon by both parties, the deadline for Plaintiff to respond to Defendant City of Henderson's Motion to Dismiss shall be extended to April 19, 2019. Defendant City of Henderson will have 14 days from the service of Plaintiff's Opposition within which to file a Reply brief.

DATED this __11__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT