LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Defendants Mario Rueda
Zach Yeoman and Jason Tullis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I -X; ROE CORPORATIONS I -X.<br><br>Defendants.<br>_____/ | CASE NO.: 2:19-cv-00382-MN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND JURY DEMAND [DOC. 1]**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective undersigned counsels that Defendants Mario Rueda, Zach Yeoman and Jason Tullis will have an

1

additional 23 days from May 9, 2019 to **May 31, 2019** to Answer or otherwise respond to Plaintiffs' Complaint and Jury Demand [Doc. 1].

DATED this 3rd day of May, 2019.   DATED this 3rd day of May, 2019.

LAW OFFICE OF DANIEL MARKS   HKM EMPLOYMENT ATTORNEYS

 /s/  Adam Levine, Esq.                           .     /s/  Jenny L. Foley, Esq.                          .
DANIEL MARKS, ESQ.   JENNY L. FOLEY Ph.D., ESQ.
Nevada State Bar No. 002003   Nevada State Bar No. 009017
office@danielmarks.net   jfoley@hkm.com
ADAM LEVINE, ESQ.   MARTA D. KURSHUMOVA, ESQ.
Nevada State Bar No. 004673   Nevada State Bar No. 014728
alevine@danielmarks.net   mkurshumova@hkm.com
610 South Ninth Street   1785 E. Sahara, Suite 325
Las Vegas, Nevada 89101   Las Vegas, Nevada 89104
(702) 386-0536: FAX (702) 386-6812   (702) 625-3893; FAX (702) 625-3893
*Attorneys for Defendants Mario Rueda,*   *Attorneys for Plaintiff*
*Zach Yeoman, and Jason Tullis*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 6th day of May, 2019.