| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MARC P. COOK, ESQ.<br>Nevada Bar No. 004574<br>JULIE L. SANPEI, ESQ.<br>Nevada Bar No. 005479<br>COOK & KELESIS, LTD.<br>517 South Ninth Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 737-7702<br>Fax: (702) 737-7712<br>E-mail: law@bckltd.com<br>*Attorneys for Defendant Jarod Barto* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual DOES I through X; ROE CORPORATION I through X.<br><br>　　　　　　Defendants. | CASE NO. 2:19-CV-00382-GMN-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND JURY DEMAND (DKT 1)** |

　　　　Defendant, Jarod Barto (hereinafter "Defendant Barto" or "Barto"), by and through his counsel of record, Marc P. Cook, Esq., of the law firm of Cook & Kelesis, Ltd., and Plaintiff Jane Doe, (hereinafter "Plaintiff" or "Jane Doe") by and through her counsel of record Jenny L. Foley, Esq., of the law firm of HKM Employment Attorneys, LLP, and hereby Stipulates as follows:

**IT IS HEREBY STIPULATED** that Defendant Barto shall have up to and including May 31, 2019, in which to file his Answer and/or Responsive Pleading to Plaintiff's Complaint and Jury Demand (Dkt 1).

DATED this ____ day of May, 2019.  DATED this ____ day of May, 2019.

COOK & KELESIS, LTD.  HKM EMPLOYMENT ATTORNEYS LLP

/s/ *Marc P. Cook, Esq.*  /s/ *Jenny Foley, PH. D. Esq.*
MARC P. COOK, ESQ.  JENNY FOLEY, PH. D. ESQ.
Nevada Bar No. 004574  Nevada Bar No. 09017
517 South 9th Street  1785 East Sahara Avenue
Las Vegas, Nevada 89101  Suite 325
 Las Vegas, Nevada 89104
*Counsel for Defendant Jarod Barto*
 *Attorneys for Plaintiff*

### ORDER

**IT IS HEREBY ORDERED** that Defendant Barto shall have up to and including May 31, 2019, in which to file his Answer and/or Responsive Pleading.

Dated this 10th day of May, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE