| | |
|---|---|
| 1 | GABROY LAW OFFICES |
| | Christian Gabroy (#8805) |
| 2 | The District at Green Valley Ranch |
| | 170 South Green Valley Parkway, Suite 280 |
| 3 | Henderson, Nevada 89012 |
| | Tel   (702) 259-7777 |
| 4 | Fax   (702) 259-7704 |
| | christian@gabroy.com |
| 5 | *Attorney for Defendant Cody Racine* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, an Individual, | Case No.: 2:19-cv-00382-GMN-BNW |
| Plaintiff, | |
| vs. | |
| CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNING, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, and Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, and Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I-X; ROE CORPORATIONS I-X. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND JURY DEMAND**<br><br>**[First Request]** |
| Defendants. | |

**IT IS HEREBY STIPULATED** between the Plaintiff and Defendant Cody Racine that Defendant Cody Racine shall be granted an extension from May 13, 2019, to

//
//
//
//
//
//
//

1  **May 31, 2019,** to answer or otherwise respond to Plaintiff's Complaint and Jury Demand

2  (ECF. 1)

3  Dated this 7th day of May, 2019

HKM EMPLOYMENT ATTORNEYS

By: *s/s Jenny Foley*
Jenny L. Foley, Ph.D. Esq.
1785 E. Sahara
Suite 325
Las Vegas, NV 89104

GABROY LAW OFFICES

By: */s/ Christian Gabroy*
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated this 10th day of May, 2019.