**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I -X; ROE CORPORATIONS I -X. <br><br> Defendants. | **CASE NO.: 2:19-cv-00382-GMN-BNW** |

## STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS
### (FIRST REQUEST)

COMES NOW, the Plaintiff, JANE DOE ("Jane"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and

1  Defendant, CITY OF LAS VEGAS, ("City of Las Vegas"), by and through their attorney,
2  JACK ESLINGER, ESQ., of THE LAS VEGAS CITY ATTORNEY'S OFFICE, Defendant,
3  CITY OF HENDERSON, ("City of Henderson"), by and through their attorney, BRIAN R.
4  REEVE, ESQ., of CITY OF HENDERSON CITY ATTORNEY'S OFFICE, Defendant,
5  NATHAN HANNING, ("Nathan") an Individual, by and through his attorney, DEANNA L.
6  FORBUSH, ESQ., of MORRIS, POLICH & PURDY LLP, Defendant, MARIO RUEDA,
7  ("Mario") an Individual, by and through his attorney, ADAM M. LEVINE, ESQ., of LAW
8  OFFICE OF DANIEL MARKS, LTD., Defendant, RUBEN SANCHEZ, ("Ruben") an
9  Individual, by and through his attorney, JACK O'ESLINGER, ESQ., of THE LAS VEGAS
10 CITY ATTORNEY'S OFFICE, Defendant, JAMES SUAREZ, ("James") an Individual, by and
11 through his attorney, JACK O' ESLINGER, ESQ. of THE LAS VEGAS CITY ATTORNEY'S
12 OFFICE, Defendant, JONATHAN CUFF, ("Jonathan") an Individual, by and through his
13 attorney, JACK O' ESLINGER, ESQ. of THE LAS VEGAS CITY ATTORNEY'S OFFICE,
14 Defendant, JOSEPH "JOE" VANEK, ("Joe") an Individual, by and through his attorney, JACK
15 O' ESLINGER, ESQ. of THE LAS VEGAS CITY ATTORNEY'S OFFICE, Defendant,
16 JAROD BARTO, ("Jarod") an Individual, by and through his attorney, MARC P. COOK, ESQ.,
17 of COOK AND KELESIS, LTD., Defendant, CODY RACINE, ("Cody") an Individual, by and
18 through his attorney, CHRISTIAN JAMES GABROY, ESQ., of GABROY LAW OFFICES,
19 Defendant, JASON TULLIS, ("Jason") an Individual, by and through his attorney, ADAM M.
20 LEVINE, ESQ., of LAW OFFICE OF DANIEL MARKS, LTD., Defendant, ZACH
21 YEOMAN, ("Zach") an Individual, by and through his attorney, ADAM M. LEVINE, ESQ.,
22 of LAW OFFICE OF DANIEL MARKS, LTD., Defendant, WILLIAM MCDONALD,
23 ("William") by and through his attorney, JACK O' ESLINGER, ESQ. of THE LAS VEGAS

CITY ATTORNEY'S OFFICE, Defendant, JON STEVENSON, ("Jon") an Individual, by and through his attorney, JACK O' ESLINGER, ESQ. of THE LAS VEGAS CITY ATTORNEY'S OFFICE, JOHN DOE #1, likely an Individual and hereby stipulate and agree as follows:

1. That the Response to the Defendants' Motions to Dismiss that are due on June 5, 2019; June 11, 2019 and June 14, 2019 collectively, and from the office of Daniel Marks, Ltd., Gabroy Law Offices and Cook and Kelesis, Ltd., will now be due on June 21, 2019.

2. That the Reply to the Response to the Defendant's Motions to Dismiss shall be due July 12, 2019.

3. This request for an extension of time is made in good faith and not for purpose of delay. This is the first request for an extension of time with respect to the Reply and Responses associated with Defendants' Motions.

Dated this 7th day of June, 2019.               Dated this 7th day of June, 2019.

**HKM Employment Attorneys LLP**               **Law Office of Daniel Marks, Ltd.**


/s/ Jenny Foley                                /s/ Adam M. Levine
Jenny L. Foley, Ph.D., Esq.                    Adam M. Levine, Esq.
Nevada Bar No. 9017                            Nevada Bar No. 4673
1785 East Sahara Ave., Suite 300               610 South Ninth Street
Las Vegas, Nevada 89104                        Las Vegas, Nevada 89101


Dated this 7th day of June, 2019.              Dated this 7th day of June, 2019.

**Gabroy Law Offices**                         **Cook and Kelesis, Ltd.**


/s/ Christian J. Gabroy                        /s/ Marc P. Cook
Christian J. Gabroy, Esq.                      Marc P. Cook, Esq.
Nevada Bar No. 8805                            Nevada Bar No. 4574
170 South Green Valley Parkway                 517 S. 9th St.
Henderson, Nevada 89012                        Las Vegas, Nevada 89101

## ORDER

The Court having reviewed the foregoing **STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Response to Defendants' Motions to Dismiss shall be due on June 21, 2019.

**IT IS SO ORDERED** that the Reply to the Response to Defendants' Motions to Dismiss shall be due on July 12, 2019.

DATED this  10  day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT