BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JACK O. ESLINGER
Deputy City Attorney
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jeslinger@lasvegasnevada.gov
Attorneys for CITY DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendant. | CASE NO. 2:19-cv-0382-GMN-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO CITY DEFENDANTS' JOINDER TO DEFENDANTS MARIO RUEDA, ZACH YEOMAN AND JASON TULLIS' MOTION TO DISMISS [DOC 63] AND DEFENDANT JAROD BARTO'S MOTION TO DISMISS [DOC 64]** |

Defendants City of Las Vegas, Ruben Sanchez, James Suarez, Jonathan Cuff, Joseph Vanek, William McDonald and Jon Stevenson (collectively, "City Defendants"), by and through their attorneys Bradford R. Jerbic, City Attorney, and Jack O. Eslinger, Deputy City Attorney, and Plaintiff Jane Doe, by and through her attorney Jenny L. Foley, Esq., of the law firm of HKM Employment Attorneys, LLP, and hereby files their Joint Motion for Extension of Time to Reply to Plaintiff's Response to City Defendants' Motion to Dismiss.

The parties hereby request that the City Defendants have up to and including July 21, 2019, in which to file their Reply to Plaintiff's Response to City Defendants' Joinder to Defendants Mario Rueda, Zach Yeoman and Jason Tullis' Motion to Dismiss [Doc 63] and Defendant Jarod Barto's Motion to Dismiss [Doc 64].

DATED this 26th day of June, 2019.　　　　DATED this 26th day of June, 2019.

BRADFORD R. JERBIC　　　　　　　　　HKM EMPLOYMENT ATTORNEYS LLP
City Attorney

By: /s/ Jack Eslinger　　　　　　　　　　By: /s/ Jenny Foley
JACK O. ESLINGER　　　　　　　　　　JENNY L. FOLEY, Ph.D., ESQ.
Deputy City Attorney　　　　　　　　　　Nevada Bar No. 9017
Nevada Bar No. 8443　　　　　　　　　　1785 East Sahara, Suite 325
495 South Main Street, Sixth Floor　　　　Las Vegas, NV 89104
Las Vegas, NV 89101　　　　　　　　　　Attorneys for Plaintiff
Attorneys for CITY DEFENDANTS

**ORDER**

**IT IS SO ORDERED.**

Dated this __3__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I served a true and correct copy of the foregoing *Joint Motion for Extension of Time to Reply to Plaintiff's Response to City Defendants' Joinder to Defendants Mario Rueda, Zach Yeoman and Jason Tullis' Motion to Dismiss [Doc 63] and Defendant Jarod Barto's Motion to Dismiss [Doc 64]* through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

Brian R. Reeve, Esq.
CITY OF HENDERSON
240 Water Street
P.O. Box 95050
Henderson, NV 89009-5050
*Attorneys for Defendant
City of Henderson*

Deanna L. Forbush
CLARK HILL PLLC
3800 Howard Hughes Parkway, #500
Las Vegas, NV 89169
*Attorneys for Defendant
Nathan Hannig*

Christian Gabroy, Esq.
GABROY LAW OFFICES
170 S. Green Valley Parkway, Suite 280
Henderson, NV 89012
*Attorneys for Defendant
Cody Racine*

Jenny L. Foley, Ph.D., Esq.
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara Avenue, #300
Las Vegas, NV 89104
*Attorneys for Plaintiff*

Adam Levine, Esq.
LAW OFFICE OF DANIEL MARKS
610 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendants
Mario Rueda, Zachery Yeoman and Jason Tullis*

Mark P. Cook, Esq.
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendant
Jarod Barto*

/s/ Kelli Hansen
_____
AN EMPLOYEE OF THE CITY OF LAS VEGAS