LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Defendants Mario Rueda
Zach Yeoman and Jason Tullis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual, | CASE NO.: 2:19-cv-00382-GMN-BNW |
| Plaintiff, | |
| vs. | |
| CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I -X; ROE CORPORATIONS I -X. | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MARIO RUEDA, ZACH YEOMAN AND JASON TULLIS' MOTION TO DISMISS [DOC. 91]** <br> **(First Request)** |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective undersigned counsels that Defendants Mario Rueda, Zach Yeoman and Jason Tullis will have an

1

additional 30 days from June 28, 2019 to **July 28, 2019** to file their Reply to Plaintiff's Opposition to Defendants Mario Rueda, Zach Yeoman and Jason Tullis' Motion to Dismiss [Doc.91].

DATED this 26th day of June, 2019.　　　　　DATED this 26th day of June, 2019.

LAW OFFICE OF DANIEL MARKS　　　　　HKM EMPLOYMENT ATTORNEYS

/s/ Adam Levine, Esq.　　　　　　　　　　　/s/ Jenny L. Foley, Esq.
DANIEL MARKS, ESQ.　　　　　　　　　　　JENNY L. FOLEY Ph.D., ESQ.
Nevada State Bar No. 002003　　　　　　　　Nevada State Bar No. 009017
office@danielmarks.net　　　　　　　　　　　jfoley@hkm.com
ADAM LEVINE, ESQ.　　　　　　　　　　　MARTA D. KURSHUMOVA, ESQ.
Nevada State Bar No. 004673　　　　　　　　Nevada State Bar No. 014728
alevine@danielmarks.net　　　　　　　　　　mkurshumova@hkm.com
610 South Ninth Street　　　　　　　　　　　1785 E. Sahara, Suite 325
Las Vegas, Nevada 89101　　　　　　　　　Las Vegas, Nevada 89104
(702) 386-0536: FAX (702) 386-6812　　　　(702) 625-3893; FAX (702) 625-3893
*Attorneys for Defendants Mario Rueda,*　　*Attorneys for Plaintiff*
*Zach Yeoman, and Jason Tullis*

**IT IS SO ORDERED.**

DATED this ___3___ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT