MARC P. COOK, ESQ.
Nevada Bar No. 004574
JULIE L. SANPEI, ESQ.
Nevada Bar No. 005479
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone:        (702) 737-7702
Fax:          (702) 737-7712
E-mail:       law@bckltd.com
*Attorneys for Defendant Jarod Barto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual DOES I through X; ROE CORPORATION I through X.<br><br>Defendants. | CASE NO. 2:19-CV-00382-GMN-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS (DKT 81, DKT 85 AND DKT 90)** |

    Defendant, Jarod Barto (hereinafter "Defendant Barto" or "Barto"), by and through his

counsel  of record, Marc P. Cook, Esq., of the law firm of Cook & Kelesis, Ltd., and Plaintiff

Jane Doe, (hereinafter "Plaintiff" or "Jane Doe") by and through her counsel of record Jenny L.

Foley, Esq., of the law firm of HKM Employment Attorneys, LLP, and  hereby Stipulates as

follows:

**IT IS HEREBY STIPULATED** that Defendant Barto shall have up to and including July 21, 2019, in which to file his Reply to Plaintiff's Response to Defendant Barto's Motion to Dismiss (Dkt 81, DKT 85, and DKT 90).

DATED this 26th day of June, 2019.             DATED this 26th day of June, 2019.

COOK & KELESIS, LTD.                            HKM EMPLOYMENT ATTORNEYS LLP


/s/ MARC P. COOK, ESQ.                          /s/ JENNY FOLEY, PH.D. ESQ.
MARC P. COOK, ESQ.                              JENNY FOLEY, PH. D. ESQ.
Nevada Bar No. 004574                           Nevada Bar No. 09017
517 South 9th Street                            1785 East Sahara Avenue
Las Vegas, Nevada 89101                         Suite 325
                                                Las Vegas, Nevada 89104
*Attorney for Defendant Jarod Barto*            *Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that Defendant Barto shall have up to and including July 21, 2019, in which to file his Reply to Plaintiff's Response to Defendant Barto's Motion to Dismiss (Dkt 81, DKT 85, and DKT 90).

Dated this _3_ day of July, 2019.


_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Page 2 of 2