DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, NV 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503

Attorneys for Defendant, Nathan Hannig

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I – X, ROE CORPORATIONS I – X,<br><br>Defendant. | CASE NO.: 2:19-CV-00382-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT NATHAN HANNIG WITHOUT PREJUDICE** |

Plaintiff, Jane Doe, by and through her attorneys of record, and Defendant Nathan Hannig ("Defendant Hannig") by and through his attorneys of record, hereby stipulate and agree that Defendant Hannig be dismissed without prejudice from the above-entitled action, with each party to bear their own attorney fees and costs. This Stipulation and Order to Dismiss in no way affects or otherwise impacts Plaintiff's ability to pursue her claims against any of the other Defendants in this action.

1

189491\00001\101100490.v1

Dated this 12th day of August, 2019.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Jenny Foley*
    JENNY FOLEY, PH.D. (9017)
    MARTA D. KURSHUMOVA (14728)
    1785 E. Sahara Avenue, Suite 300
    Las Vegas, Nevada 89104
    *Attorneys for Plaintiff*

Dated this 12th day of August, 2019.

**FOX ROTHSCHILD LLP**

By: */s/ Deanna L. Forbush*
    DEANNA L. FORBUSH (6646)
    COLLEEN E. MCCARTY (13186)
    One Summerlin
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Attorneys for Defendant Nathan Hannig*

## **ORDER**

**IT IS SO ORDERED.**

Dated this __15__ day of August, 2019.

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**

189491\00001\101100490.v1