MARC P. COOK, ESQ.
Nevada Bar No. 004574
JULIE L. SANPEI, ESQ.
Nevada Bar No. 005479
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com
*Attorneys for Defendant Jarod Barto*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual DOES I through X; ROE CORPORATION I through X.<br><br>Defendants. | CASE NO. 2:19-CV-00382-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT JAROD BARTO WITH PREJUDICE** |

Defendant, Jarod Barto (hereinafter "Defendant Barto" or "Barto"), by and through his counsel of record, Marc P. Cook, Esq., of the law firm of Cook & Kelesis, Ltd., and Plaintiff, Sadie Helm aka Jane Doe, (hereinafter "Plaintiff" or "Helm") by and through her counsel of record Jenny L. Foley, Esq., of the law firm of HKM Employment Attorneys, LLP, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that Defendant Jarod Barto shall be dismissed with prejudice from the above-entitled action, with each party to bear its own attorneys' fees and costs.

DATED this  5th  day of September, 2019.          DATED this  5th  day of September, 2019.

COOK & KELESIS, LTD.                              HKM EMPLOYMENT ATTORNEYS LLP


/s/ MARC P. COOK, ESQ.                            /s/ JENNY FOLLEY, PH.D. ESQ.
MARC P. COOK, ESQ.                                JENNY FOLEY, PH. D. ESQ.
Nevada Bar No. 004574                             Nevada Bar No. 09017
JULIE L. SANPEI, ESQ.                             1785 East Sahara Avenue
Nevada Bar No. 005479                             Suite 325
517 South 9th Street                              Las Vegas, Nevada 89104
Las Vegas, Nevada 89101                           *Attorneys for Plaintiff Sadie Helm*
*Attorney for Defendant Jarod Barto*

**ORDER**

**IT IS SO ORDERED.**

Dated this  18  day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court