1  DEANNA L. FORBUSH
   Nevada Bar No. 6646
2  Email: DForbush@foxrothschild.com
   COLLEEN E. MCCARTY
3  Nevada Bar No. 13186
   Email: CMcCarty@foxrothschild.com
4  FOX ROTHSCHILD LLP
   One Summerlin
5  1980 Festival Plaza Dr.
   Suite 700
6  Las Vegas, NV 89135
   Telephone:  (702) 262-6899
7  Facsimile:  (702) 597-5503

8  Attorneys for Defendant, Nathan Hannig

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SADIE HELM, an Individual, | CASE NO.: 2:19-CV-00382-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS DEFENDANT NATHAN HANNIG WITH PREJUDICE** |
| CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual, JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I – X, ROE CORPORATIONS I – X, | |
| Defendants. | |

Plaintiff, Sadie Helm, by and through her attorneys of record, and Defendant, Nathan Hannig ("Defendant Hannig") by and through his attorneys of record, hereby stipulate and agree that Defendant Hannig be dismissed with prejudice from the above-entitled action, with each party to bear their own attorney fees and costs.  This Stipulation and Order to Dismiss in no way affects or otherwise impacts Plaintiff's ability to pursue her claims against any other Defendant in this action.

1

189491\00001\106386643.v1

Dated this 30th day of December, 2019.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Jenny Foley*
　　JENNY FOLEY, PH.D. (9017)
　　MARTA D. KURSHUMOVA (14728)
　　1785 E. Sahara Avenue, Suite 300
　　Las Vegas, Nevada 89104
　　*Attorneys for Plaintiff*

Dated this 30th day of December, 2019.

**FOX ROTHSCHILD LLP**

By: */s/ Deanna L. Forbush*
　　DEANNA L. FORBUSH (6646)
　　COLLEEN E. MCCARTY (13186)
　　One Summerlin
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135
　　*Attorneys for Defendant Nathan Hannig*

## ORDER

**IT IS SO ORDERED.**

Dated this __2__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

189491\00001\106386643.v1