**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
**KRISTINA GILMORE**
Assistant City Attorney
Nevada Bar No. 11564
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1231
(702) 267-1201 Facsimile
brian.reeve@cityofhenderson.com

Attorneys for Defendant
CITY OF HENDERSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SADIE HELM, An Individual,<br><br>             Plaintiff,<br>v.<br><br>CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I -X; ROE CORPORATIONS I -X,<br><br>             Defendants. | CASE NO.: 2:19-cv-00382-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CITY OF HENDERSON WITH PREJUDICE** |

    Defendant City of Henderson, by and through its attorneys of record, and Plaintiff Sadie Helm, by and through her counsel of record, hereby stipulate and agree that Defendant City of Henderson shall be dismissed with prejudice from the above-entitled action, with each party to bear its own attorneys' fees and costs. This Stipulation and Order to Dismiss in no way affects or otherwise impacts

Plaintiff's ability to pursue her claims against any other Defendant in this action.

DATED this 30th day of January, 2020.　　　　DATED this 30th day of January, 2020.

CITY OF HENDERSON　　　　　　　　　　　　HKM EMPLOYMENT ATTORNEYS LLP

/s/ Brian R. Reeve　　　　　　　　　　　　　　/s/ Jenny L. Foley, PH.D., Esq.
BRIAN R. REEVE　　　　　　　　　　　　　　JENNY L. FOLEY
Assistant City Attorney　　　　　　　　　　　　Nevada Bar No. 09017
Nevada Bar No. 10197　　　　　　　　　　　　MARTA D. KURSHUMOVA
KRISTINA E. GILMORE　　　　　　　　　　　Nevada Bar No. 14728
Assistant City Attorney　　　　　　　　　　　 1785 East Sahara Avenue, Suite 325
Nevada Bar No. 11564　　　　　　　　　　　　Las Vegas, NV 89104
240 Water Street, MSC 144
Henderson, NV 89015　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　SADIE HELM
Attorneys for Defendant
CITY OF HENDERSON

## ORDER

**IT IS SO ORDERED.**

Dated this 31 day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 2