1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **MARTA D. KURSHUMOVA, ESQ.**
3  Nevada Bar No. 14728
4  E-mail: mkurshumova@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
5  1785 East Sahara, Suite 300
   Las Vegas, Nevada 89104
6  Tel: (702) 625-3893
7  Fax: (702) 625-3893
   E-mail: jfoley@hkm.com
8  *Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SADIE HELM, An Individual, | CASE NO.: 2:19-cv-00382-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I -X; ROE CORPORATIONS I -X, | |
| Defendants. | |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SADIE HELM and Defendant CODY RACINE by and through their respective counsel, that SADIE HELM's complaint against DEFENDANT be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated this 3rd day of February 2020.

**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

Dated this 3rd day of February 2020.

**Gabroy Law Offices**

/s/ Christian J. Gabroy
Christian J. Gabroy, Esq.
Nevada Bar No. 8805
170 South Green Valley Parkway
Henderson, Nevada 89012
*Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

Dated this 5 day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court