1 | LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
2 | Nevada State Bar No. 002003
office@danielmarks.net
3 | ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
4 | alevine@danielmarks.net
610 South Ninth Street
5 | Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
6 | *Attorneys for Defendants Mario Rueda
Zach Yeoman and Jason Tullis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SADIE HELM, an Individual, | CASE NO.: 2:19-cv-00382-GMN-BNW |
| Plaintiff, | |
| vs. | |
| CITY OF LAS VEGAS, CITY OF HENDERSON, NATHAN HANNIG, an Individual, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, JAROD BARTO, an Individual, CODY RACINE, an Individual JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, JOHN DOE #1, likely an Individual, DOES I -X; ROE CORPORATIONS I -X. | **STIPULATION AND ORDER TO DISMISS DEFENDANTS MARIO RUEDA, ZACH YEOMAN, AND JASON TULLIS WITHOUT PREJUDICE** |
| Defendants. | |

The parties, Plaintiff Sadie Helm by and through her counsel Jenny A. Foley, Ph.D., Esq. of HKM Employment Attorneys and Defendants Mario Rueda, Zach Yeoman and Jason Tullis by and

1

through their counsel Adam Levine, Esq. of the Law Office of Daniel Marks hereby stipulate and agree that Defendants Mario Rueda, Zach Yeoman and Jason Tullis be dismissed without prejudice from the above entitled action.

It is further stipulated and agreed that each party will bear their own attorney's fees and costs incurred in this action. This Stipulation and Order to Dismiss pertains to Mario Rueda, Zach Yeoman and Jason Tullis only and does not impact the Plaintiff's ability to pursue her claims against the other Defendants in this matter.

DATED this 5th day of February, 2020.  DATED this 5th day of February, 2020.

LAW OFFICE OF DANIEL MARKS  HKM EMPLOYMENT ATTORNEYS

 /s/ Adam Levine, Esq.   .   /s/ Jenny A. Foley, Ph.D., Esq.   .
DANIEL MARKS, ESQ.  JENNY A. FOLEY, Ph.D., ESQ.
Nevada State Bar No. 002003  Nevada State Bar No. 009017
office@danielmarks.net  jfoley@hkm.com
ADAM LEVINE, ESQ.  MARTA D. KURSHUMOVA, ESQ.
Nevada State Bar No. 004673  Nevada State Bar No. 014728
alevine@danielmarks.net  mkurshumova@hkm.com
610 South Ninth Street  1785 E. Sahara Avenue, Suite 300
Las Vegas, Nevada 89101  Las Vegas, Nevada 89104
(702) 386-0536: FAX (702) 386-6812  (702) 805-8340: FAX (702) 625-3893
*Attorneys for Defendant Mario Rueda*  *Attorneys for Plaintiff*
*Zach Yeoman and Jason Tullis*

## ORDER

**IT IS SO ORDERED.**

DATED this __7__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

2