1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
3  1785 East Sahara, Suite 300
   Las Vegas, Nevada 89104
4  Tel: (702) 805-8340
   Fax: (702) 805-8340
5  E-mail: jfoley@hkm.com
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SADIE HELM, an Individual, | |
| Plaintiff, | **CASE NO.: 2:19-cv-00382-GMN-BNW** |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY OF LAS VEGAS, CITY OF HENDERSON, MARIO RUEDA, an Individual, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, CODY RACINE, an Individual JASON TULLIS, an Individual, and ZACH YEOMAN, an Individual, WILLIAM MCDONALD, an Individual, and as an Individual, JON STEVENSON, an Individual, EDDIE VIGIL, an Individual, JOHN DOE #1, likely an Individual, DOES I -X; ROE CORPORATIONS I -X, Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, SADIE HELM ("Plaintiff") and Defendants CITY OF LAS VEGAS, RUBEN SANCHEZ, an Individual, JAMES SUAREZ, an Individual, JONATHAN CUFF, an Individual, JOSEPH "JOE" VANEK, an Individual, WILLIAM MCDONALD, an Individual, JON STEVENSON, an Individual, EDDIE VIGIL, an Individual, JOHN DOE #1, likely an Individual ("City Defendants"), by and through their attorneys of record, that this matter be dismissed, and any and all claims Plaintiff had or may have

Page **1** of **2**

had against the City Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

  IT IS FURTHER STIPULATED that each party shall bear their own fees and costs.

  IT IS SO STIPULATED.

DATED this 15 day of October, 2020.  DATED this 15 day of October, 2020.

HKM EMPLOYMENT ATTORNEYS LLP  BRYAN K. SCOTT, CITY ATTORNEY

By: */s/ Jenny L. Foley*  
  JENNY L. FOLEY (Bar No. 9017)  
  1785 East Sahara, Suite 300  
  Las Vegas, Nevada 89104  
  Telephone: (702) 805-8340  
  Facsimile: (702) 805-8340  
  Email:  jfoley@hkm.com  
  *Attorneys for Plaintiff*

By: */s/ Jeffrey L. Galliher*  
  JEFFREY L. GALLIHER  
  Deputy City Attorney  
  Nevada Bar No. 8078  
  495 South Main Street, Sixth Floor  
  Las Vegas, NV 89101  
  *Attorneys for City Defendants*

**ORDER**

IT IS SO ORDERED.  
Dated this 17 day of October, 2020.

_____  
Gloria M. Navarro, District Judge  
UNITED STATES DISTRICT COURT